IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| MICHELLE L. MCNEIL, M.G.F., and S.E.W.F.,<br><br>    Plaintiffs,<br><br>    v.<br><br>MONROE COUNTY, DIRECTOR PAM PIPKIN, ADMINISTRATOR CATHERINE SCHMIT, CORPORATION COUNSEL ANDREW KAFTAN, and JUDGE J. DAVID RICE,<br><br>    Defendants. | JUDGMENT IN A CIVIL CASE<br><br>Case No.  16-cv-319-jdp |

This action came before the court for consideration with District Judge James D. Peterson presiding.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing plaintiff Michelle L. McNeil's case.

| | |
|---|---|
| /s/ | 8/19/2016 |
| Peter Oppeneer, Clerk of Court | Date |